**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.   14-cv-02569-RBJ

RAYMOND V. ARCHULETA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on August 18, 2015,

IT IS ORDERED that the decision of the Commissioner is REVERSED and REMANDED for further findings.

Dated at Denver, Colorado this 18th day of August 2015.

                BY THE COURT:

                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk